# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROBERT S. DORSEY, II, | Civil No. 3:19-cv-0113 |
| Plaintiff | (Judge Mariani) |
| v. | |
| REBECCA PETER, LPN., *et al.*, | |
| Defendants | |

## ORDER

**AND NOW, THIS 21st DAY OF FEBRUARY 2020**, upon consideration of Defendants' motion to dismiss, and for summary judgment, and for the reasons set forth in the Court's Memorandum of the same date, **IT IS HEREBY ORDERED THAT:**

1. Defendants' motion to dismiss and for summary judgment, (Doc. 23) is **GRANTED, in part** and **DENIED, in part**, as follows:

   a. The motion for summary judgment is **GRANTED** as to Plaintiff's unexhausted, and untimely, *Bivens* retaliatory transfer claim and as to Plaintiff's FTCA retaliation claim;

   b. Defendants' motion to dismiss and for summary judgment (Doc. 23) is **DENIED** as to the exhaustion of Plaintiff's *Bivens* action challenging the alleged denial of the April 18, 2016 Retinopathy examination claim, and as to Plaintiff's failure to file a certificate of merit in support of his FTCA claim.

2. Plaintiff's unexhausted, and untimely, *Bivens* retaliatory transfer claim and Plaintiff's FTCA retaliation claim are **DISMISSED WITH PREJUDICE**

3. Defendants shall **FILE** an answer in accordance with the Federal Rules of Civil Procedure.

Robert D. Mariani
United States District Judge