UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ROBERT S. DORSEY, II, | : | Civil No. 3:19-cv-0113 |
| Plaintiff | : | (Judge Mariani) |
| v. | : | |
| REBECCA PETER, Lpn., *et al.*, | : | |
| Defendants | : | |

## ORDER

**AND NOW**, this 29th day of March, 2021, in accordance with the accompanying Memorandum issued this same day, Plaintiff's motion for reconsideration (Doc. 46) is **DENIED**.

Robert D. Mariani
United States District Judge