UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ROBERT S. DORSEY, II, | : | Civil No. 3:19-cv-0113 |
| Plaintiff | : | (Judge Mariani) |
| v. | : | |
| REBECCA PETERS, *et al.*, | : | |
| Defendants | : | |

## ORDER

**AND NOW**, this 10th day of October, 2023, upon consideration of the parties' cross-motions for summary judgment, **IT IS HEREBY ORDERED THAT**:

1. Defendants' motion for summary judgment (Doc. 91) is **GRANTED**. The Clerk of Court is directed to enter judgment in favor of remaining Defendants, Rebecca Peters and the United States, and against the Plaintiff.

2. Plaintiff's motion for summary judgment, (Doc. 92) is **DENIED**.

3. Defendants' unopposed motion to file a brief in support of their motion for summary judgment which exceeds fifteen (15) pages, (Doc. 99) is **GRANTED**. Defendants' brief in support (Doc. 101) is **ACCEPTED** as filed.

4. The Clerk of Court is directed to **CLOSE** this case.

5. Any appeal will be deemed frivolous, lacking merit, and not taken in good faith. See 28 U.S.C. §1915(a)(3).

Robert D. Mariani
United States District Judge